# IN THE SUPREME COURT OF THE STATE OF NEVADA

WES JOSEPH PERTGEN,
Petitioner,
vs.
THE FIRST JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CARSON CITY,
Respondent,
  and
SUSAN MERRIWETHER, COUNTY
CLERK OF THE FIRST JUDICIAL
DISTRICT COURT,
Real Party in Interest.

No. 79451

FILED

SEP 1 9 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DENYING PETITION

This is an original pro se petition for a writ of mandamus in which petitioner seeks a writ directing the district court to file his pro se petition for a writ of habeas corpus and related pleadings, provide copies of his filings to petitioner, and ordering the district court clerks to respond to petitioner's correspondence.[1]

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. See NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

---

[1] We further deny petitioner's motion to waive filing fee and motion to proceed in forma pauperis as moot as the filing fee in this matter has already been waived.

19-39054

Therefore, without deciding on the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, see NRS 34.160; NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

cc:   Wes Joseph Pertgen
      Attorney General/Carson City
      Carson City Clerk